AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

7/10/2018 2:33:38 PM

**MIDDLE DISTRICT OF LOUISIANA**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 17-80-SDD-EWD |
| | ) | |
| ERIN BROWN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERIN BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Violation of Order Setting Conditions of Release dated March 6, 2018, in violation of Title 18, United States Code, Section 3148(b).

A TRUE COPY
July 10, 2018
*[signature]*
Deputy Clerk
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

Date: July 10, 2018

*Issuing officer's signature*

City and state: Baton Rouge, LA    Honorable Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/10/18, and the person was arrested on *(date)* 7/24/18
at *(city and state)* Greeneville, TN.

Date: 7/24/18

*Arresting officer's signature*

Daniel S. Long, DUSM
*Printed name and title*